UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DIMITAR K. DERMENDZIEV,

            Petitioner,

  v.

WASHINGTON COURT OF APPEALS,

            Respondent.

CASE NO. 2:21-cv-00529-RSM-BAT

**ORDER REFERRING PETITION TO THE COURT OF APPEALS AND CLOSING CASE**

The Court has reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    The Clerk shall refer this second or successive habeas petition to the Court of Appeals for the Ninth Circuit, and upon referral close this case.

    (3)    The Clerk shall provide a copy this Order to Petitioner.

DATED this 29th day of July, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE